479 A.2d 1104

Commonwealth v. Radcliff, Appellant.

Argued April 5, 1984. Lenora M. Smith, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Judgment of sentence vacated and case remanded for evidentiary hearing to determine whether defendant waived her Rule 1100 rights, and if so, whether counsel was ineffective in consenting to such waiver. If the lower court finds such waiver invalid or counsel ineffective in consenting thereto, then defendant is to be discharged; otherwise a new trial is to be granted for reasons other than the Rule 1100 violation.

WICKERSHAM, J., filed a dissenting memorandum.